UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOLOGRAM USA, INC.; MUSION DAS HOLOGRAM LIMITED; and UWE MAASS | CIVIL ACTION |
| VERSUS | NO: 14-1695 |
| ARENA3D INDUSTRIAL ILLUSION, LLC, ET AL. | SECTION: "S" (5) |

ORDER AND REASONS

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Stay Proceedings (Doc. #56) is **GRANTED**, and this matter is **STAYED AND ADMINISTRATIVELY CLOSED** pending a decision from the District of Nevada on Arena3D Industrial Illusion, LLC's Motion to Dismiss Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure filed in Hologram USA, inc. v. Cirque Du Soliel My Call, LLC, Civil Action No. 14-916 (D. Nev.).[1]

New Orleans, Louisiana, this  2nd  day of December, 2014.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

---

[1] Arena 3D has informed this court that it intends to file a voluntary petition for bankruptcy under Chapter 7 of Title 11 of the United States Code. If Arena3D files that action, the automatic stay provision of 11 U.S.C. § 362(a) will apply and this matter will be automatically stayed during the pendency of Arena3D's bankruptcy proceeding.